IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE | ) | Chapter 11 |
| EMPLOYER WELFARE BENEFIT | ) | (W.D. Oklahoma Bankruptcy -- |
| PLAN, | ) | Case No. 10-13528) |
| | ) | |
| Debtor. | ) | |

___

| | | |
|---|---|---|
| GARY A. PASSONS, M.D., GARY A | ) | |
| PASSONS, M.D., P.C., ANANT V. SHAH, | ) | |
| M.D., ANANT V. SHAH, M.D., P.C., PAUL | ) | |
| A. HATCHER, M.D., UROLOGY AND | ) | |
| UROLOGICAL SURGERY, P.C., f/k/a | ) | |
| PAUL A. HATCHER, M.D., P.C., | ) | |
| RODERICK GIVENS, SOUTHERN | ) | |
| HEALTHCARE PROVIDERS, P.A., | ) | |
| AARON WILLIAMS, DWIGHT E. | ) | |
| HARDING, D.D.S., CHARLOTTE | ) | Case No. 3:10-CV-00575 |
| HARDING, DWIGHT E. HARDING, | ) | |
| D.D.S., P.A., WILLIAM M. LOCANTE, | ) | JUDGE ROBER ECHOLS |
| D.D.S., WILLIAM M. LOCANTE, D.D.S., | ) | |
| P.C., WILLIAM E. WOLF, D.D.S., | ) | MAGISTRATE JUDGE JOHN S. |
| WILLIAM E. WOLF, D.D.S., P.C., | ) | BRYANT |
| WOLF MANAGEMENT, INC., | ) | |
| MICHELLE G. JOHNSON, D.D.S., M.S., | ) | |
| MICHELLE G. JOHNSON, D.D.S., M.S., | ) | |
| P.C., FRANKLIN CLARK, D.D.S., | ) | |
| FRANKLIN CLARK, D.D.S., P.C., | ) | |
| DAVID M. TURNER, M.D., DAVID | ) | |
| M. TURNER, M.D., P.C., CHRIS GETMAN | ) | |
| AND GETMAN ORTHODNICS, P.C. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AVIVA LIFE AND ANNUITY COMPANY, | ) | |
| f/k/a INDIANAPOLIS LIFE INSURANCE | ) | |
| COMPANY, AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANY, DAVID CLINE, | ) | |
| INC., DAVID H. CLINE, INC., DAVID | ) | |
| CLINE, SIDNEY GOLDSTEIN, MORRIS | ) | |

| | |
|---|---|
| GOLDSTEIN, GOLDSTEIN AND ASSOCIATES, P.C., THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, SCOTT RIDGE, RIDGE INSURANCE, INC., SECUREPLAN ADMINISTRATORS, LLC, REPUBLIC BANK & TRUST, MICHAEL E LLOYD, WILLIAM COULSON LLOYD PARKER & TEDESCO, LLC, | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## DEFENDANT AVIVA LIFE AND ANNUITY COMPANY'S CORPORATE DISCLOSURE STATEMENT

Aviva Life and Annuity Company, formerly known as Indianapolis Life Insurance Company, by and through its undersigned counsel submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.02, and states that:

1. On October 1, 2008, Indianapolis Life Insurance Company, an Indiana corporation, merged with Aviva Life and Annuity Company, an Iowa corporation, and the surviving corporation is now known as Aviva Life and Annuity Company, an Iowa corporation. Aviva Life and Annuity Company is wholly owned by Aviva USA Corporation, an Iowa corporation. Aviva USA Corporation, through a series of corporations and/or companies, is an indirect, wholly owned subsidiary of Aviva, plc, a public limited company organized under the laws of England and Wales, traded on the London Stock Exchange.

Dated: June 24, 2010

Respectfully submitted,

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.


    s/ Alexandra Coulter Cross
Alexandra Coulter Cross (BPR #017726)
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
(615) 256-0500 - Telephone
(615) 251-1058 – Facsimile
acc@h3gm.com

ATTORNEYS FOR DEFENDANT
AVIVA LIFE AND ANNUITY COMPANY


**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, filed electronically via CM/EMF a true copy of the within and foregoing Corporate Disclosure Statement, with notice of same being electronically served by the Court, addressed to the following:

| | |
|---|---|
| Kathryn E. Barnett<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>One Nashville Place<br>150 4th Avenue, N<br>Suite 1650<br>Nashville, TN 37219-2423 | Jonathan L. Bobbitt<br>Gilbert Russell McWherter PLC<br>101 North Highland<br>Jackson, TN 38301<br>jbobbitt@gilbertfirm.com |
| D. Craig Brinker<br>Henslee Schwartz LLP<br>6688 N Central Expressway<br>Suite 850<br>Dallas, TX 75206<br>cbrinker@hensleeschwartz.com | Ollie A. Cleveland<br>David P. Donahue<br>Maynard, Cooper & Gale, P.C.<br>1901 6th Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203<br>tcleveland@maynardcooper.com<br>ddonahue@maynardcooper.com |

Juston R. Givens
Fred A. Leibrock
Jennifer M. Ventura
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
jrgivens@philipsmurrah.com
faleibrock@phillipsmurrah.com
jmventura@phillipsmurrah.com

Lars C. Golumbic
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
lcg@groom.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Rebecca B. Howald
Manier & Herod
150 Fourth Avenue, N
2200 First Union Tower
Nashville, TN 37219-2494
rhowald@manierherod.com

Barry Lane Howard
Howard, Tate, Sowell, Wilson & Boyte
150 Second Avenue, N
Suite 201
Nashville, TN 37201
bhoward@howardtatelaw.com

Stephen C. Jackson
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
sjackson@maynardcooper.com

J. Justin Johnston
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
jjohnston@whmlaw.net

Anthony Vitullo
Fee, Smith, Sharp & Vitullo
Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, TX 75240
lvitullo@feesmith.com

John L. Malesovas
The Malesovas Law Firm
425 Austin Avenue
10th Floor
Waco, TX 76701
john@malesovas.com

J. Brandon McWherter
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN 38301
bmcwherter@gilbertfirm.com

| | |
|---|---|
| Robert L. Moore<br>Heaton & Moore, P.C.<br>100 N Main Building<br>Suite 3400<br>Memphis, TN 38103<br>rmoore@heatonandmoore.com | Latoyia K. Pierce<br>Henslee Schwartz LLP<br>6688 N Central Expressway<br>Suite 850<br>Dallas, TX 75206<br>lpierce@hensleeshcwartz.com |
| Adria Price<br>Price & Associates, LLC<br>43 N Kringle Place<br>P O Box 100<br>Santa Claus, IN 47579<br>adria@pricelaw.net | Edward A. Scallet<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, NW<br>Suite 1200<br>Washington, DC 20006<br>eas@groom.com |
| David Skeens<br>Walters, Bender, Strohbehn & Vaughn, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>dskeens@wbsvlaw.com | Robyn E. Smith<br>Hubbard, Berry, Doughty, Harris & Barrick, PLLC<br>SunTrust Bank Building<br>201 Fourth Avenue, N<br>Sutie 1420<br>Nashville, TN 37219<br>rsmith@hubbardberry.com |
| Dale Tuttle<br>Glassman, Edwards, Wade & Wyatt, P.C.<br>26 N Second Street<br>Memphis, TN 38103<br>dtuttle@gewwlaw.com | J. Michael Vaughn<br>Walters, Bender, Strohbehn & Vaughn, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>mvaughn@wbsvlaw.com |

                s/ Alexandra Coulter Cross
                Alexandra Coulter Cross

5
Case 3:10-cv-00575   Document 30   Filed 06/24/10   Page 5 of 5 PageID #: 1272