IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE | ) | Chapter 11 |
| EMPLOYER WELFARE BENEFIT | ) | (W.D. Oklahoma Bankruptcy -- |
| PLAN, | ) | Case No. 10-13528) |
| | ) | |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| GARY A. PASSONS, M.D., GARY A | ) | |
| PASSONS, M.D., P.C., ANANT V. SHAH, | ) | |
| M.D., ANANT V. SHAH, M.D., P.C., PAUL | ) | |
| A. HATCHER, M.D., UROLOGY AND | ) | |
| UROLOGICAL SURGERY, P.C., f/k/a | ) | |
| PAUL A. HATCHER, M.D., P.C., | ) | |
| RODERICK GIVENS, SOUTHERN | ) | |
| HEALTHCARE PROVIDERS, P.A., | ) | |
| AARON WILLIAMS, DWIGHT E. | ) | |
| HARDING, D.D.S., CHARLOTTE | ) | Case No. 3:10-CV-00575 |
| HARDING, DWIGHT E. HARDING, | ) | |
| D.D.S., P.A., WILLIAM M. LOCANTE, | ) | JUDGE ROBER ECHOLS |
| D.D.S., WILLIAM M. LOCANTE, D.D.S., | ) | |
| P.C., WILLIAM E. WOLF, D.D.S., | ) | MAGISTRATE JUDGE JOHN S. |
| WILLIAM E. WOLF, D.D.S., P.C., | ) | BRYANT |
| WOLF MANAGEMENT, INC., | ) | |
| MICHELLE G. JOHNSON, D.D.S., M.S., | ) | |
| MICHELLE G. JOHNSON, D.D.S., M.S., | ) | |
| P.C., FRANKLIN CLARK, D.D.S., | ) | |
| FRANKLIN CLARK, D.D.S., P.C., | ) | |
| DAVID M. TURNER, M.D., DAVID | ) | |
| M. TURNER, M.D., P.C., CHRIS GETMAN | ) | |
| AND GETMAN ORTHODNICS, P.C. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AVIVA LIFE AND ANNUITY COMPANY, | ) | |
| f/k/a INDIANAPOLIS LIFE INSURANCE | ) | |
| COMPANY, AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANY, DAVID CLINE, | ) | |
| INC., DAVID H. CLINE, INC., DAVID | ) | |
| CLINE, SIDNEY GOLDSTEIN, MORRIS | ) | |

| | |
|---|---|
| GOLDSTEIN, GOLDSTEIN AND ASSOCIATES, P.C., THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, SCOTT RIDGE, RIDGE INSURANCE, INC., SECUREPLAN ADMINISTRATORS, LLC, REPUBLIC BANK & TRUST, MICHAEL E LLOYD, WILLIAM COULSON LLOYD PARKER & TEDESCO, LLC, | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

### JOINDER IN AND CONSENT TO REMOVAL AND STATEMENT PURSUANT TO FED. R. BANKR. PROC. 9027(e)(3)

Aviva Life and Annuity Company (f/k/a Indianapolis Life Insurance Company) an Iowa corporation ("Aviva"), for its Joinder In and Consent to Removal and Statement Pursuant to Fed. R. Bankr. Proc. 9027(e)(3) states as follows:

1. Pursuant to 28 U.S.C. 1452 and Fed.R.Bankr.Proc. 9027, Aviva hereby joins in and consents to the removal by the Millennium Multiple Employer Welfare Benefit Plan (the "Debtor") of the entirety of any and all claims, counter-claims, cross-claims and causes of action asserted in the civil action pending in the Chancery Court of Davidson County, Tennessee, Cause No. 10-7-I, styled, *Gary A. Passons, M.D., et al. v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.* (the "State Court Lawsuit").

2. Pursuant to Bankruptcy Rule 9027(e)(3), Aviva states the proceeding has core and non-core matters. To the extent any claim, counter-claim, cross-claim or cause of action asserted in that the State Court Lawsuit is determined to be non-core, Aviva does not consent to the entry of final orders or judgments by the Bankruptcy Court.

**WHEREFORE**, Aviva hereby joins in and consents to the removal any and all claims, counter-claims, cross-claims and causes of action asserted in the civil action pending in the

Chancery Court of Davidson County, Tennessee, Cause No. 10-7-I, styled, *Gary A. Passons, M.D., et al. v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.*

Dated: June 24, 2010

        Respectfully submitted,

        HARWELL HOWARD HYNE
        GABBERT & MANNER, P.C.


        s/ Alexandra Coulter Cross
        Alexandra Coulter Cross (BPR #017726)
        315 Deaderick Street, Suite 1800
        Nashville, Tennessee 37238
        (615) 256-0500 - Telephone
        (615) 251-1058 – Facsimile
        acc@h3gm.com

        ATTORNEYS FOR DEFENDANT
        AVIVA LIFE AND ANNUITY COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, filed electronically via CM/EMF a true copy of the within and foregoing Joinder in and Consent to Removal and Statement Pursuant to Fed. R. Bankr. Proc. 9027(e)(3), with notice of same being electronically served by the Court, addressed to the following:

| | |
|---|---|
| Kathryn E. Barnett<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>One Nashville Place<br>150 4th Avenue, N<br>Suite 1650<br>Nashville, TN 37219-2423 | Jonathan L. Bobbitt<br>Gilbert Russell McWherter PLC<br>101 North Highland<br>Jackson, TN 38301<br>jbobbitt@gilbertfirm.com |

D. Craig Brinker
Henslee Schwartz LLP
6688 N Central Expressway
Suite 850
Dallas, TX 75206
cbrinker@hensleeschwartz.com

Ollie A. Cleveland
David P. Donahue
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
tcleveland@maynardcooper.com
ddonahue@maynardcooper.com

Juston R. Givens
Fred A. Leibrock
Jennifer M. Ventura
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
jrgivens@philipsmurrah.com
faleibrock@phillipsmurrah.com
jmventura@phillipsmurrah.com

Lars C. Golumbic
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
lcg@groom.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Rebecca B. Howald
Manier & Herod
150 Fourth Avenue, N
2200 First Union Tower
Nashville, TN 37219-2494
rhowald@manierherod.com

Barry Lane Howard
Howard, Tate, Sowell, Wilson & Boyte
150 Second Avenue, N
Suite 201
Nashville, TN 37201
bhoward@howardtatelaw.com

Stephen C. Jackson
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
sjackson@maynardcooper.com

J. Justin Johnston
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
jjohnston@whmlaw.net

Anthony Vitullo
Fee, Smith, Sharp & Vitullo
Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, TX 75240
lvitullo@feesmith.com

| | |
|---|---|
| John L. Malesovas<br>The Malesovas Law Firm<br>425 Austin Avenue<br>10th Floor<br>Waco, TX 76701<br>john@malesovas.com | J. Brandon McWherter<br>Gilbert Russell McWherter PLC<br>101 North Highland<br>Jackson, TN 38301<br>bmcwherter@gilbertfirm.com |
| Robert L. Moore<br>Heaton & Moore, P.C.<br>100 N Main Building<br>Suite 3400<br>Memphis, TN 38103<br>rmoore@heatonandmoore.com | Latoyia K. Pierce<br>Henslee Schwartz LLP<br>6688 N Central Expressway<br>Suite 850<br>Dallas, TX 75206<br>lpierce@hensleeshcwartz.com |
| Adria Price<br>Price & Associates, LLC<br>43 N Kringle Place<br>P O Box 100<br>Santa Claus, IN 47579<br>adria@pricelaw.net | Edward A. Scallet<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, NW<br>Suite 1200<br>Washington, DC 20006<br>eas@groom.com |
| David Skeens<br>Walters, Bender, Strohbehn & Vaughn, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>dskeens@wbsvlaw.com | Robyn E. Smith<br>Hubbard, Berry, Doughty, Harris & Barrick, PLLC<br>SunTrust Bank Building<br>201 Fourth Avenue, N<br>Sutie 1420<br>Nashville, TN 37219<br>rsmith@hubbardberry.com |
| Dale Tuttle<br>Glassman, Edwards, Wade & Wyatt, P.C.<br>26 N Second Street<br>Memphis, TN 38103<br>dtuttle@gewwlaw.com | J. Michael Vaughn<br>Walters, Bender, Strohbehn & Vaughn, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>mvaughn@wbsvlaw.com |

                                          s/ Alexandra Coulter Cross
                                          Alexandra Coulter Cross

5
Case 3:10-cv-00575   Document 31   Filed 06/24/10   Page 5 of 5 PageID #: 1277