# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: <br><br> THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, <br><br>   DEBTOR. | CHAPTER 11 <br> (W.D. OKLAHOMA BANKRUPTCY CASE NO. 10-13528) |
| GARRY A. PASSONS, M.D., GARY A. PASSONS, M.D., P.C., ANAT V. SHAH, ANANT V. SHAH, M.D., PC., PAUL A. HATCHER, M.D., UROLOGY AND UROLOGICAL SURGERY, P.C., f/k/a PAUL A HATCHER, M.D., P.C., RODERICK GIVENS, SOUTHERN HEALTHCARE PROVIDERS, P.A., ARRON WILLIAMS, DWIGHT E. HARDING, D.D.S., CHARLOTTE HARDING, DWIGHT E. HARDING, D.D.S., P.A., WILLIAM M. LOCANTE, D.D.S., WILLIAM M. LOCANTE, D.D.S., WILLIAM E. WOLF, D.D.S., WILLIAM E. WOLF, DDS, PC, WOLF MANAGEMENT, INC., MICHELLE G. JOHNSON, D.D.S., M.S., MICHELLE G. JOHNSON, D.D.S., M.S., P.C., FRANKLIN W. CLARK, D.D.S., FRANKLIN CLARK, D.D.S., P.C., DAVID M. TURNER, M.D., AND DAVID M. TURNER, M.D., P.C., CHRIS GETMAN, GETMAN ORTHODONICS, P.C. <br><br>   Plaintiffs, <br><br> v. | CIVIL ACTION NO. 3:10-CV-00575 <br> JUDGE ECHOLS <br> MAGISTRATE JUDGE BRYANT |

| | |
|---|---|
| AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY, DAVID CLINE, INC., DAVID H. CLINE, INC., DAVID CLINE, SIDNEY GOLDSTEIN, MORRIS GOLDSTEIN, GOLDSTEIN AND ASSOCIATES, P.C., THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, SCOTT RIDGE, RIDGE INSURANCE, INC., SECUREPLAN ADMINISTRATORS, LLC, and REPUBLICBANK & TRUST, MICHAEL E. LLOYD, WILLIAM COULSON JOHNSON LLOYD PARKER & TEDESCO, LLC., Defendants. | |

## JOINDER IN AND CONSENT TO REMOVAL AND STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)

Comes Now Defendant David H. Cline ("Cline"),[1] by and through his attorneys, and, for his Joinder in and Consent to removal and Statement Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), states as follows:

1. Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027, Cline hereby joins in and consents to the removal by the Millennium Multiple Employer Welfare Benefit Plan (the "Debtor") of the entirety of any and all claims, counter-claims, cross-claims, and causes of action asserted in the civil action pending in the Chancery Court of Davidson County, Tennessee, Cause No. 10-7-I, styled *Gary A. Passons, M.D., et al., v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.* (the "State Court Lawsuit").

---

[1] Cline has no connection whatsoever with Defendant David Cline, Inc. Defendant David H. Cline, Inc., is a dissolved corporation as of November 19, 1999, and a motion to dismiss will be filed on behalf of the corporation on the grounds that such corporation does not exist.

2. Pursuant to Bankruptcy Rule 9027(e)(3), Cline states that the proceeding has core and non-core matters. To the extent any claim, counter-claim, cross-claim, or causes of action asserted in that the State Court Lawsuit is determined to be non-core, Cline does not consent to the entry of final orders or judgments by the Bankruptcy Court.

WHEREFORE, Cline hereby joins in and consents to the removal of any and all claims, counter-claims, cross-claims, and causes of action asserted in the civil action pending in the Chancery Court of Davidson County, Tennessee, Cause No. 10-7-I, styled *Gary A. Passons, M.D., et al., v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.*

Respectfully submitted,

/s/ Kevin C. Baltz
Kevin C. Baltz (# 22669)
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 244-9270 – Telephone
(615) 256-8197 – Facsimile

*-and-*

James R. Wyrsch, to be entered *pro hac vice*
John Justin Johnston, to be entered *pro hac vice*
WYRSCH HOBBS & MIRAKIAN, P.C.
100 Walnut, Suite 1600
Kansas City, MO 64106
Tel: (816) 221-0080
jimwyrsch@whmlaw.net

*Attorneys for Cline Defendants*

# CERTIFICATE OF SERVICE

       I hereby certify a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and/or (3) mailed postage prepaid to the following on this 29th day of June, 2010.

| | |
|---|---|
| Kathryn E. Barnett<br>Lieff, Cabraser, Heinmann<br> & Bernstein, LLP<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219 | Ted Scallet<br>Lars C. Golumbic<br>Groom Law Group<br>1701 Peansylvania Ave., N.W.<br>Washington, D.C. 20006 |
| Jonathan L. Bobbitt<br>J. Brandon McWherter<br>Gilbert, Russell, McWherter, PLC<br>101 North Highland Street<br>Jackson, TN 38301 | Rebecca B. Howald<br>Manier & Herod, P.C.<br>150 Fourth Ave., North, Suite 2200<br>Nashville, TN 37219 |
| D. Craig Brinker<br>LaRoyia K. Pierce<br>Henslee Schwartz, LLP<br>6688 N. Central Expressway, Suite 850<br>Dallas, TX 75206 | J. Michael Vaughan<br>David M. Skeens<br>Walters Bender Strohbehn Vaughan, PC<br>1100 Main, Suite 2500<br>Kansas City, MO 64106 |
| William B. Hubbard<br>Robyn Smith<br>Hubbers, Berry & Harris<br>201 4th Ave., North, Suite 1420<br>Nashville, TN 37219 | John S. Hicks<br>Baker, Donelson, Bearman, Caldwell<br> & Berkowitz, PC<br>211 Commerce Street, Suite 1000<br>Nashville, TN 37201 |
| Stephen C. Jackson<br>Ollie A. ATres@ Cleveland<br>Maynard Cooper & Gale, PC<br>1901 Sixth Ave. North, Suite 2400<br>Birmingham, AL 35203 | Barry Howard<br>Howard Tate Sowell Wilson & Boyte<br>150 2nd Ave., North, Suite 201<br>Nashville, TN 37201 |
| Fred A. Leibrock<br>Jennifer Miller Ventura<br>Juston R. Givens<br>Phillips Murrah, P.C.<br>101 N. Richardson Street, 13th Floor<br>Oklahoma City, OK 73102 | Sidney Goldstein<br>5100 Poplar Avenue, Suite 720<br>Memphis, TN 38137 |
| Morris Goldstein<br>5100 Poplar Avenue, Suite 720<br>Memphis, TN 38137 | Goldstein & Associates, P.C.<br>5100 Poplar Avenue, Suite 720<br>Memphis, TN 38137 |

Michael E. Lloyd
One Gateway Center, 16th Floor
Pittsburgh, PA 15222

        /s/ Kevin C. Baltz
        Kevin C. Baltz