IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,<br><br>    DEBTOR. | CASE NO. 10-13528<br><br>(CHAPTER 11 - PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA) |
| GARY A. PASSONS, M.D., GARY A. PASSONS, M.D., P.C., ANANT V. SHAH, ANANT V. SHAH, M.D., P.C., PAUL A. HATCHER, M.D., UROLOGY AND UROLOGICAL SURGERY, P.C. f/k/a PAUL A. HATCHER, M.D., P.C., RODERICK GIVENS, SOUTHERN HEALTHCARE PROVIDERS, P.A., AARON WILLIAMS, DWIGHT E. HARDING, D.D.S., CHARLOTTE HARDING, DWIGHT E. HARDING, D.D.S., P.A., WILLIAM M. LOCANTE, D.D.DS., WILLIAM M. LOCANTE, D.D.S., P.C., WILLIAM E. WOLF, D.D.S., WILLIAM E. WOLF, DDS, PC, WOLF MANAGEMENT, INC., MICHELLE G. JOHNSON, D.D.S., M.S., MICHELLE G. JOHNSON, D.D.S., M.S., P.C., FRANKLIN W. CLARK, D.D.S., FRANKLIN W. CLARK, D.D.S., P.C., DAVID M. TURNER, M.D., AND DAVID M. TURNER, M.D., P.C., CHRIS GETMAN, GETMAN ORTHODONICS, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY, DAVID CLINE, INC., DAVID H. CLINE, INC.,<br><br>[caption continued on next page] | CIVIL ACTION NO. 3:10-cv-00575 |

| DAVID CLINE, SIDNEY GOLDSTEIN, MORRIS GOLDSTEIN, GOLDSTEIN AND ASSOCIATED, P.C., THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, SCOTT RIDGE, RIDGE INSURANCE, INC., SECUREPLAN ADMINISTRATORS, LLC, and REPUBLICBANK & TRUST, MICHAEL E. LLOYD, WILLIAM COULSON JOHNSON LLOYD PARKER &TEDESCO, L.LC., | |
|---|---|
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Exhibits attached to the Memorandum In Support of Plaintiffs' Motion to Remand and Opposition to Response to Debtor's Motion to Transfer Venue (Docket No. 66) was served upon the parties listed below by facsimile, regular U.S. Mail, certified mail, return receipt requested and/or electronic service through the Electronic Filing System on the 16th day of July, 2010.

**Alexandra Coulter Cross**
Harwell, Howard, Hyne, Gabbert & Manner
315 Deaderick Street
1800 First American Center
Nashville, TN 37238
(615) 256-0500
Email: acc@h3gm.com

**Craig Vernon Gabbert , Jr.**
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
315 Deaderick Street
Suite 1800
Nashville, TN 37238
(615) 256-0500
Email: cvg@h3gm.com

**David Skeens**
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-6620
Fax: (816) 421-4747
Email: dskeens@wbsvlaw.com

**J. Michael Vaughn**
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-6620
Fax: (816) 421-4747
Email: mvaughan@wbsvlaw.com

**David P. Donahue**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
Email: ddonahue@maynardcooper.com

**John S. Hicks**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5600
Email: jhicks@bakerdonelson.com

**Ollie A. Cleveland**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1183
Fax: (205) 254-1999
Email: tcleveland@maynardcooper.com
*PRO HAC VICE*

**Stephen C. Jackson**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1037
Fax: (205) 254-1999
Email: sjackson@maynardcooper.com
*PRO HAC VICE*

**Kevin C. Baltz**
Miller & Martin PLLC
150 Fourth Avenue North
Suite 1200
Nashville, TN 37219-2433
(615) 244-9270
Fax: (615) 744-8619
Email: kbaltz@millermartin.com

**Travis R. McDonough**
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Fax: (423) 785-8480
Email: tmcdonough@millermartin.com

**J. Justin Johnston**
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
(816) 221-0080
Fax: (816) 221-3280
Email: jjohnston@whmlaw.net

**James R. Wyrsch**
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
(816) 221-0080
Fax: (816) 221-3280
Email: jimwyrsch@whmlaw.net

**Edward A. Scallet**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 857-0620
Fax: (202) 659-4503
Email: eas@groom.com

**Hisham Amin**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 861-6646
Email: hamin@groom.com

**J. Brandon McWherter**
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340
Email: bmcwherter@gilbertfirm.com

**Jonathan L. Bobbitt**
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340
Fax: (731) 664-1540
Email: jbobbitt@gilbertfirm.com

**Lars C. Golumbic**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 857-0620
Fax: (202) 659-4503
Email: lcg@groom.com

**D. Craig Brinker**
Henslee Schwartz LLP
6688 N Central Expressway
Suite 850
Dallas, TX 75206
(214) 219-8833
Fax: (214) 219-8866
Email: cbrinker@hensleeschwartz.com

**Latoyia K. Pierce**
Henslee Schwartz LLP
6688 N Central Expressway
Suite 850
Dallas, TX 75206
(214) 219-8833
Fax: (214) 219-8866
Email: lpierce@hensleeschwartz.com

**Rebecca B. Howald**
Manier & Herod
150 Fourth Avenue, N
2200 First Union Tower
Nashville, TN 37219-2494
(615) 244-0030
Fax: (615) 242-4203
Email: rhowald@manierherod.com

**Dale Tuttle**
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 521-0940
Email: dtuttle@gewwlaw.com

**Fred A. Leibrock**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: faleibrock@phillipsmurrah.com

**James F. Horner , Jr.**
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 521-0940
Email: jhorner@gewwlaw.com

**Jennifer M. Ventura**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: jmventura@phillipsmurrah.com

**Juston R. Givens**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: jrgivens@phillipsmurrah.com

**Robert A. Cox**
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 527-5320
Email: rcox@gewwlaw.com

**Barry Lane Howard**
Howard, Tate, Sowell, Wilson & Boyte
150 Second Avenue, N
Suite 201
Nashville, TN 37201
(615) 256-1125
Email: bhoward@howardtatelaw.com

7
885812.1 Case 3:10-cv-00575   Document 68   Filed 07/20/10   Page 7 of 8 PageID #: 1769

**Robert L. Moore**
Heaton & Moore, P.C.
100 N Main Building
Suite 3400
Memphis, TN 38103
(901) 526-5975
Fax: (901) 527-3633
Email: rmoore@heatonandmoore.com


Dated:  July 20, 2010                       Respectfully submitted,

                                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                            By:   /s/ Kathryn E. Barnett_____
                                                Kathryn E. Barnett (TN State Bar No. 15361)

                                            150 Fourth Avenue North
                                            Suite 1650
                                            Nashville, TN  37219-2417
                                            Telephone:  (615) 313-9000
                                            Facsimile:  (615) 313-1973

                                            *Counsel for Movants*