IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,<br><br>    DEBTOR. | CASE NO. 10-13528<br><br>(CHAPTER 11 - PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA) |
| GARY A. PASSONS, M.D., GARY A. PASSONS, M.D., P.C., ANANT V. SHAH, ANANT V. SHAH, M.D., P.C., PAUL A. HATCHER, M.D., UROLOGY AND UROLOGICAL SURGERY, P.C. f/k/a PAUL A. HATCHER, M.D., P.C., RODERICK GIVENS, SOUTHERN HEALTHCARE PROVIDERS, P.A., AARON WILLIAMS, DWIGHT E. HARDING, D.D.S., CHARLOTTE HARDING, DWIGHT E. HARDING, D.D.S., P.A., WILLIAM M. LOCANTE, D.D.DS., WILLIAM M. LOCANTE, D.D.S., P.C., WILLIAM E. WOLF, D.D.S., WILLIAM E. WOLF, DDS, PC, WOLF MANAGEMENT, INC., MICHELLE G. JOHNSON, D.D.S., M.S., MICHELLE G. JOHNSON, D.D.S., M.S., P.C., FRANKLIN W. CLARK, D.D.S., FRANKLIN W. CLARK, D.D.S., P.C., DAVID M. TURNER, M.D., AND DAVID M. TURNER, M.D., P.C., CHRIS GETMAN, GETMAN ORTHODONICS, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, AMERICAN GENERAL<br><br>--[*caption continues on next page*]-- | CIVIL ACTION NO. 3:10-cv-00575<br><br>JUDGE TODD J. CAMPBELL<br><br>MAGISTRATE JUDGE JOHN S. BRYANT |

LIFE INSURANCE COMPANY, DAVID
CLINE, INC., DAVID H. CLINE, INC.,
DAVID CLINE, SIDNEY GOLDSTEIN,
MORRIS GOLDSTEIN, GOLDSTEIN
AND ASSOCIATED, P.C., THE
MILLENNIUM MULTIPLE EMPLOYER
WELFARE BENEFIT PLAN, SCOTT
RIDGE, RIDGE INSURANCE, INC.,
SECUREPLAN ADMINISTRATORS,
LLC, and REPUBLICBANK & TRUST,
MICHAEL E. LLOYD, WILLIAM
COULSON JOHNSON LLOYD PARKER
&TEDESCO, L.LC.,

**Defendants.**

## AGREED ORDER

Based upon the agreement of the parties, as indicated by their signatures below, the Case Management Conference set for September 13, 2010 is rescheduled to October 22, 2010, at 10:00 a.m.

IT IS SO ORDERED this 13th day of September, 2010.

*s/ John S. Bryant*
United States Magistrate Judge

SUBMITTED FOR ENTRY:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ *Kathryn E. Barnett*_____
    Kathryn E. Barnett (TN State Bar No. 15361)

150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: (615) 313-9000
kbarnett@lchb.com

Anne Shaver (admitted *pro hac vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery St., 29th Floor
San Francisco, California 94114
Telephone: (415) 956-1000
ashaver@lchb.com

JOHN L. MALESOVAS
State Bar No. 12857300
MALESOVAS LAW FIRM
816 Congress, Suite 1265
Austin, Texas 78701
Telephone: (512) 708-1777
john@malesovas.com

ANTHONY L. VITULLO
State Bar No. 20595500
LAURA RICHARDS SHERRY
State Bar No. 24056203
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
lvitullo@feesmith.com
lsherry@feesmith.com

**Attorneys for Plaintiffs**

*/s/ Alexandra Coulter Cross with permission by Kathryn Barnett*
Craig Gabbert, Jr.
Alexandra Coulter Cross
HARWELL HOWARD HYNE GABBERT & MANNER
315 Deadrick Street, Suite 1800
Nashville, TN  37238
Phone (615) 726-7337
cvg@h3gm.com
acc@hrgm.com

J. Michael Vaughan
David M. Skeens
WALTERS BENDER STROHBEHN VAUGHAN PC
1100 Main Street, Suite 2500
P. O. Box 26188
Kansas City, MO  64105/64196
Phone (816) 421-6620
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com

**Attorneys for Aviva Life and Annuity Company**


John S. Hicks
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 1000
Nashville, TN  37201
Phone (615) 726-7337
jhicks@bakerdonelson.com

Stephen C. Jackson
David P. Donahue
Ollie A. "Tres" Cleveland
MAYNARD COOPER & GALE, PC
Regions/Harbert Plaza, Suite 2400
1901 Sixth Avenue, North
Birmingham, AL  35203
Phone (205) 254-1000
sjackson@maynardcooper.com
ddonahue@maynardcooper.com
tcleveland@maynardcooper.com

**Attorneys for American General Life Insurance Company**

*/s/ J. Justin Johnston with permission by Kathryn Barnett*
James R. Wyrsch
J. Justin Johnston
WYRSCH HOBBS & MIRAKIAN, PC
1000 Walnut, Suite 1600
Kansas City, MO 64106
Phone (816) 221-0080
Email: jimwyrsch@whmlaw.net
Email: jjohnston@whmlaw.net

Kevin C. Baltz
MILLER & MARTIN, PLLC
One Nashville Place, Suite 1200
150 Fourth Avenue, North
Nashville, TN 37219
Phone (615) 244-9270
kbaltz@millermartin.com

Travis R. McDonough
MILLER & MARTIN, PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 756-6600
tmcdonough@millermartin.com

**Attorneys for David Cline, Inc., David H. Cline, Inc.
and David Cline**

*/s/ Jonthan L. Bobbitt with permission by Kathryn Barnett*
J. Brandon McWherter
Jonathan L. Bobbitt
GILBERT RUSSELL and McWHERTER PLC
101 N. Highland Street
Jackson, TN 38301
Phone (731) 664-1340
bmcwherter@gilbertfirm.com
jbobbitt@gilbertfirm.com

Edward A. (Ted) Scallet
Lars C. Golumbic
GROOM LAW GROUP
1701 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
Phone (202) 857-0620
eas@groom.com
lcg@groom.com

**Attorneys for Millennium Multiple Employer Welfare Benefit Plan**


*/s/ Rebecca B. Howald with permission by Kathryn Barnett*
Rebecca B. Howald
MANIER & HEROD, PC
150 Fourth Ave., North, Suite 2200
Nashville, TN 37219
Direct (615) 742-9230
Phone (615) 244-0030
rhowald@manierherod.com

D. Craig Brinker
LaToyia Watkins-Pierce
HENSLEE SCHWARTZ LLP
6688 N. Central Expressway, Suite 850
Dallas, TX 75206
Phone (214) 219-8833
cbrinker@hensleeschwartz.com
lpierce@hensleeschwartz.com

**Attorneys for Scott Ridge and Ridge Insurance, Inc.**

*/s/ Dale H. Tuttle with permission by Kathryn Barnett*
Dale H. Tuttle
Robert Cox
James F. Horner, Jr.
GLASSMAN EDWARDS WADE & WYATT PC
26 N. Second Street
Memphis, TN 38103
Phone (901) 527-4673
dtuttle@gewwlaw.com
rcox@gewwlaw.com
jhorner@gewwlaw.com

Fred A. Leibrock
Jennifer Miller Ventura
Juston R. Givens
PHILLIPS MURRAH, PC
Corporate Tower, 13th Floor
101 North Robinson Street
Oklahoma City, OK 73102
Phone: 405-235-4100
faleibrock@phillipsmurrah.com
jmventura@phillipsmurrah.com
jrgivens@phillipsmurrah.com

**Attorneys for SecurePlan Administrators, LLC and Republic Bank & Trust**


*/s/ Barry L. Howard with permission by Kathryn Barnett*
Barry L. Howard
HOWARD TATE SOWELL WILSON
LEATHERS & JOHNSON PLLC
150 Second Avenue, North, Suite 201
Nashville, TN 37201
Phone: (615) 256-1125
bhoward@howardtatelaw.com

**Attorneys for Michael E. Lloyd and Williams Coulson Johnson Lloyd Parker & Tedesco, LLC**

*/s/ Robert Moore with permission by Kathryn Barnett*
Robert Moore
Heaton & Moore, P.C.
100 N. Main Bldg
Suite 3400
Memphis, TN 38103
Phone (901) 526-5975
rmoore@heatonandmoore.com

**Attorneys for Sidney Goldstein, Morris Goldstein, and Goldstein Associates**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Order was filed electronically via CM/EMF, with notice of same being electronically served by the Court, addressed to the following:

**Alexandra Coulter Cross**
Harwell, Howard, Hyne, Gabbert & Manner
315 Deaderick Street
1800 First American Center
Nashville, TN 37238
(615) 256-0500
Email: acc@h3gm.com

**Craig Vernon Gabbert , Jr.**
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
315 Deaderick Street
Suite 1800
Nashville, TN 37238
(615) 256-0500
Email: cvg@h3gm.com

892460.1

**David Skeens**
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-6620
Fax: (816) 421-4747
Email: dskeens@wbsvlaw.com

**J. Michael Vaughn**
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-6620
Fax: (816) 421-4747
Email: mvaughan@wbsvlaw.com

**David P. Donahue**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
Email: ddonahue@maynardcooper.com

**John S. Hicks**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5600
Email: jhicks@bakerdonelson.com

**Ollie A. Cleveland**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1183
Fax: (205) 254-1999
Email: tcleveland@maynardcooper.com
*PRO HAC VICE*

9
892460.1    Case 3:10-cv-00575   Document 104   Filed 09/13/10   Page 9 of 14 PageID #: 3278

**Stephen C. Jackson**
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1037
Fax: (205) 254-1999
Email: sjackson@maynardcooper.com
*PRO HAC VICE*

**Kevin C. Baltz**
Miller & Martin PLLC
150 Fourth Avenue North
Suite 1200
Nashville, TN 37219-2433
(615) 244-9270
Fax: (615) 744-8619
Email: kbaltz@millermartin.com

**Travis R. McDonough**
Miller & Martin PLLC
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402
(423) 756-6600
Fax: (423) 785-8480
Email: tmcdonough@millermartin.com

**J. Justin Johnston**
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
(816) 221-0080
Fax: (816) 221-3280
Email: jjohnston@whmlaw.net

**James R. Wyrsch**
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106
(816) 221-0080
Fax: (816) 221-3280
Email: jimwyrsch@whmlaw.net

**Edward A. Scallet**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 857-0620
Fax: (202) 659-4503
Email: eas@groom.com

**Hisham Amin**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 861-6646
Email: hamin@groom.com

**J. Brandon McWherter**
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340
Email: bmcwherter@gilbertfirm.com

**Jonathan L. Bobbitt**
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340
Fax: (731) 664-1540
Email: jbobbitt@gilbertfirm.com

**Lars C. Golumbic**
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 857-0620
Fax: (202) 659-4503
Email: lcg@groom.com

**D. Craig Brinker**
Henslee Schwartz LLP
6688 N Central Expressway
Suite 850
Dallas, TX 75206
(214) 219-8833
Fax: (214) 219-8866
Email: cbrinker@hensleeschwartz.com

**Latoyia K. Pierce**
Henslee Schwartz LLP
6688 N Central Expressway
Suite 850
Dallas, TX 75206
(214) 219-8833
Fax: (214) 219-8866
Email: lpierce@hensleeschwartz.com

**Rebecca B. Howald**
Manier & Herod
150 Fourth Avenue, N
2200 First Union Tower
Nashville, TN 37219-2494
(615) 244-0030
Fax: (615) 242-4203
Email: rhowald@manierherod.com

**Dale Tuttle**
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 521-0940
Email: dtuttle@gewwlaw.com

**Fred A. Leibrock**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: faleibrock@phillipsmurrah.com

**James F. Horner , Jr.**
Glassman, Edwards, Wade & Wyatt, P.C.

26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 521-0940
Email: jhorner@gewwlaw.com

**Jennifer M. Ventura**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: jmventura@phillipsmurrah.com

**Juston R. Givens**
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Richardson Street
Oklahoma City, OK 73102
(405) 235-4100
Fax: (405) 235-4133
Email: jrgivens@phillipsmurrah.com

**Robert A. Cox**
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
(901) 527-4673
Fax: (901) 527-5320
Email: rcox@gewwlaw.com

**Barry Lane Howard**
Howard, Tate, Sowell, Wilson & Boyte
150 Second Avenue, N
Suite 201
Nashville, TN 37201
(615) 256-1125
Email: bhoward@howardtatelaw.com

**Robert L. Moore**
Heaton & Moore, P.C.
100 N Main Building
Suite 3400
Memphis, TN 38103
(901) 526-5975
Fax: (901) 527-3633
Email: rmoore@heatonandmoore.com


This 10th day of September, 2010.

                                                                            __/s/ Kathryn E. Barnett_____
                                                                            Kathryn E. Barnett