# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### Nashville Division

| | | |
|---|---|---|
| IN RE:  MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,<br>　　　Chapter 11 Debtor | §<br>§<br>§<br>§ | Chapter 11<br>Case No. 10-13528<br>United States Bankruptcy Court<br>Western District of Oklahoma |

| | | |
|---|---|---|
| **GARY A. PASSONS, M.D., et al,**<br>　　　Plaintiffs, | §<br>§<br>§<br>§ | **Case No. 3:10-cv-00575** |
| v.<br>**AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, et al,**<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Judge Campbell**<br>**Magistrate Judge Bryant**<br><br>**JURY DEMANDED** |

## ORDER RESETTING CASE MANAGEMENT CONFERENCE

Upon the Motion of the Ridge Defendants to Reset the Case Management Conference date, filed on October 4, 2010, and it having been represented that no objection to the relief sought has been raised, the Court finds the Motion is well taken.

IT IS THEREFORE ORDERED that the Case Management Conference set for October 22, 2010, is hereby rescheduled for **OCTOBER 25, 2010, at 1:30 P.M.** before Magistrate Judge Bryant, Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, TN.

*s/ John S. Bryant*

U.S. MAGISTRATE JUDGE BRYANT